UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STEVEN L. COCHRAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:10-0865 |
| | ) | Judge Haynes/Bryant |
| v. | ) | **Jury Demand** |
| | ) | |
| WILLIAM CARTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### **O R D E R**

A telephone conference is scheduled with the parties on **Wednesday, July 27, 2011, at 11:00 a.m.** to discuss the status of this case. Counsel for the plaintiff shall initiate the conference call.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge