UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEVEN L. COCHRAN, | ) |
| Plaintiff, | ) Case No. 3:10-0865 |
| | ) Judge Haynes/Bryant |
| v. | ) **Jury Demand** |
| WILLIAM CARTER, et al., | ) |
| Defendants. | ) |

## O R D E R

The Court has previously set the jury trial in this case for July 23, 2013, to begin at 10:30 a.m. (Docket Entry No. 45).

Another matter previously set on the Court's docket for that morning has been rescheduled. Therefore, the Court will begin the jury trial in this case on July 23, 2013, at 9:30 a.m., instead of 10:30 a.m.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge